```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YENSY CONTRERAS, *individually, and on behalf of*  :
*all others similarly situated*,                   :
                                                   :
                              Plaintiff,           :      1:21-cv-9066-GHW
                                                   :
        -against -                                 :      ORDER
                                                   :
AUBERGE RESORTS LLC,                               :
                                                   :
                              Defendant.           X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      Plaintiff failed to provide Plaintiff's address and county of residence in the November 3, 2021 civil cover sheet submitted in this case. Dkt. No. 2. No later than November 10, 2021, Plaintiff is ordered to submit via ECF a letter to the Court providing Plaintiff's address and county of residence.

      SO ORDERED.

Dated: November 5, 2021
New York, New York

                                                GREGORY H. WOODS
                                                United States District Judge